**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Boysie MAHABIR, Defendant–
Appellant.**

**No. 02–6147.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 21, 2002.

Decided April 1, 2002.

Boysie Mahabir, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Boysie Mahabir seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Mahabir,* Nos. CR–93–22–L; CA–98–1957–L (D.Md. Oct. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*